UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWANDEEP SINGH,<br>(A-Number: 241-399-549)<br><br>       Petitioner,<br><br>  v.<br><br>RON MURRAY, WARDEN, MESA<br>VERDE ICE PROCESSING CENTER, et<br>al.,<br><br>       Respondents. | No.  1:26-cv-02185-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS, DENYING<br>MOTION TO DISMISS, GRANTING<br>PETITION FOR WRIT OF HABEAS<br>CORPUS, DIRECTING RESPONDENTS TO<br>RELEASE PETITIONER, AND DIRECTING<br>CLERK OF COURT TO ENTER JUDGMENT<br>AND CLOSE CASE<br><br>Doc. 5, 7 |

Petitioner Pawandeep Singh is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the assigned magistrate judge issued findings and recommendations to deny respondents' motion to dismiss and grant the petition.  Doc. 7. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within ten (10) days after service.  Over ten (10) days have passed, and no party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on April 6, 2026, Doc. 7, are ADOPTED IN FULL;

2.    Respondents' motion to dismiss, Doc. 5, is DENIED;

3.    The petition for writ of habeas corpus is GRANTED;

4.    Respondents are ORDERED TO RELEASE PETITIONER IMMEDIATELY;

5.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified; and

6.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    April 22, 2026

_____
UNITED STATES DISTRICT JUDGE